Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 27, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 27, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01077-CV

____________

 

IN RE EILENE HUAG, R.N. AND KEVIN
RITTGER, M.D., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 8, 2004, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

The petition fails to comply with the verification
requirements of Texas Rule of Appellate Procedure 52.3.  Accordingly, we deny relators= petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 27, 2005.

Panel consists of
Justices Yates, Edelman, and Guzman.